Vallejo *v.* El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Guayama.

No. 6.—Resuelto en Junio 18, 1903.

Enagenación ó Gravámen de Bienes Anotados.—Los bienes inmuebles ó derechos reales anotados podrán ser enagenados ó gravados, pero sin perjuicio del derecho de la persona á cuyo favor se haya hecho la anotación.

Cancelación de Inscripciones ó Anotaciones Preventivas.—Las inscripciones ó anotaciones preventivas hechas en virtud de escritura pública, no se cancelarán sino por providencia ejecutoria contra la cual no se halle pendiente apelación, ó por otra escritura ó documento auténtico, en el cual exprese su consentimiento para la cancelación la persona á cuyo favor se hubiere hecho la inscripción ó anotación, ó sus causa-habientes ó representantes legítimos.

### Exposición del caso.

*Resultando:* que por escritura pública otorgada en el pueblo de Cayey, ante el Notario del mismo, Don Luis Muñoz Morales, en 16 de Mayo último, Don Juan Benet Rivera, mayor de edad, empleado municipal, con asistencia y conformidad de su esposa Doña Gloria Colón y Colón, también mayor de edad y de oficio doméstico, vendió á Don Manuel Vallejo Ramirez una casa de su propiedad radicada en la calle del Comercio de dicho pueblo, é inscrita á su favor en el Registro de la Propiedad de Guayama, al folio 146 vuelto del Tomo 6 de Cayey, finca número 299, inscripción 6.ª en precio y cantidad de doscientos dollars que el vendedor confesó recibidos con anterioridad, y que presentada dicha escritura, para su inscripción, en el Registro, le fué denegada por el Registrador, por los fundamentos que expresa la nota puesta al pie de dicha escritura, que copiada á la letra dice así:

"Denegada la inscripción de este documento por aparecer una anotación preventiva de la denegación de una compra-venta de la misma finca, con las colindancias actuales con que hoy se describe en el precedente documento, otorgada por el Sr. Juez Municipal de Cayey, á nombre de Don José Vallejo, á favor de Don Braulio Vazquez, al folio 219 del Tomo 19 de Cayey, por el defecto de no resultar inscrita la finca á nombre del Vallejo, ni justi-

VALLEJO v. THE REGISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property
of Guayama.

No. 6.—Decided June 18, 1903.

STATEMENT OF THE CASE.

"The admission of this document to record is refused because there appears
a cautionary notice of refusal to record a deed of purchase and sale of the
same property having the same boundaries as those.described in the preceding
document executed on behalf of José Vallejo, by the municipal judge of Cayey,
in favor of Braulio Vázquez, on folio 219, volume XIX of Cayey, owing to
the defect that said property did not appear recorded in the name of Vallejo,
nor was his ownership established by any authenticated document and from

ficarse con documento fehaciente ser de su propiedad y constar de los autos haber manifestado el Vallejo, Don José, no ser suya; tomándose á su vez anotación preventiva de esta denegación, de conformidad con lo dispuesto en el artículo 7 de la Ley, digo, en la Sección 7ª de la Ley, sobre recursos contra las resoluciones de los Registradores de la Propiedad, al folio 147 del tomo sexto de Cayey, finca número 229, anotación letra A.—Guayama y Mayo 29 de 1903.—El Registrador, Miguel Planellas.''

*Resultando :* que contra esta nota ha interpuesto en tiempo, ante este Tribunal Supremo, el Abogado Don Antonio Sarmiento, á nombre del comprador Don Manuel Vallejo, el presente recurso gubernativo, para que se revoque la nota denegatoria del Registrador, y se mande inscribir la escritura, cancelándose además la anotación preventiva tomada á favor de Don Braulio Vazquez, á que se refiere la nota denegatoria del Registrador.

Abogado del recurrente : *Sr. Sarmiento.*

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la siguiente opinión del Tribunal :

*Considerando :* que con arreglo al artículo 71 de la Ley Hipotecaria vigente en esta Isla, los bienes inmuebles ó derechos reales anotados, podrán ser enagenados ó gravados, pero sin perjuicio del derecho de la persona á cuyo favor se haya hecho la anotación, y por consiguiente, que la razón alegada por el Registrador para denegar la inscripción de la escritura no es suficiente para impedirla, sin perjuicio del derecho de Don Braulio Vazquez, á cuyo favor aparece extendida la anotación anterior.

*Considerando :* en cuanto á la cancelación de esta última, que también interesa el recurrente, no procede otorgarla, á tenor de lo que dispone el artículo 80 de la misma Ley, según el que ''las inscripciones ó anotaciones preventivas, hechas en virtud de escritura pública,, no se cancelarán sino por providencia ejecutoria contra la cual no se halle pendiente recurso de casación, que debe entenderse hoy de apelación, ó por otra escritura ó documento auténtico, en el

the record it appears that Vallejo (José) declared that the property was not his; cautionary notice of the present refusal being also entered in conformity with section 7 of "An act to provide for appeals from the decisions of Registrars of Property", on folio 147, volume VI of Cayey, property No. 229, annotation letter A.—Guayama, May 29, 1903. The Registrar, Miguel Planellas."

From this decision an appeal was in due time taken to this Supreme Court by Antonio Sarmiento Esq., on behalf of the vendee Manuel Vallejo, who prayed that the Registrar's decision refusing to enter the deed be reversed, and that the Registrar be ordered to record the same, and to cancel the cautionary notice entered in favor of Braulia Vázquez, referred to in the Registrar's decision.

*Mr. Sarmiento,* for apellant.

MR. CHIEF JUSTICE QUIÑONES, after making the above statement of facts, rendered the following opinion of the Court:

According to article 71 of the Mortgage Law in force in this Island, the real property or property rights which are entered may be conveyed or encumbered, but without prejudice to the rights of the person in whose favor the entry was made, and, therefore, the reason given by the Registrar for refusing to enter the deed is not sufficient to prevent said entry without prejudice to the right of Braulio Vázquez, in whose favor the previous cautionary notice was entered.

As to the cancellation of the latter, likewise requested by apellant, this cannot be granted under the provisions of article 80 of aforesaid Law, pursuant to which the "records or cautionary notices made by virtue of a public document cannot be canceled except by a final decree, from which there is no appeal in cassation pending (which should now be understood as appeal), or by any other authenticated instrument or document, in which the person in whose favor the record or entry has been made, or his legal representative or attorney, signifies his consent to the cancellation", in none

cual exprese su consentimiento para la cancelación, la persona á cuyo favor se hubiere hecho la inscripción ó anotación, ó sus causahabientes ó representantes legítimos" en ninguno de cuyos casos se encuentra comprendido el presente.

*Vistas* las disposiciones legales citadas.

*Se Revoca* la nota denegatoria del Registrador de la Propiedad de Guayama, que ha dado lugar al presente recurso, declarándose que, á no impedirlo otras razones que no han sido alegadas por el Registrador, procede la inscripción de la escritura de venta de que se trata, sin perjuicio de los derechos de Don Braulio Vazquez á cuyo favor aparece extendida la anterior anotación, y sin lugar la cancelación de esta, que se solicita por el recurrente, sin especial condenación de costas.

Jueces concurrentes: Sres. Hernandez, Figueras y MacLeary.

El Juez Asociado Sr. Sulzbacher no tomó parte en la discusión de este caso.